FILED
8/4/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
GMC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRAYLEN BAPTISTE | Case No. **1:26-cr-0427**<br>**Judge Virginia M. Kendall**<br>**Magistrate Judge Keri L. Holleb Hotaling**<br>**RANDOM / Cat. 4**<br><br>Violation: Title 18, United States Code, Section 922(g)(1) |

The SPECIAL NOVEMBER 2025 GRAND JURY charges:

On or about April 11, 2026, at Chicago, in the Northern District of Illinois, Eastern Division,

BRAYLEN BAPTISTE,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Rock Island Armory 38mm revolver bearing the serial number RIA2428523, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2025 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Rock Island Armory 38mm revolver bearing the serial number RIA2428523, and associated ammunition.

A TRUE BILL:

________________________________
FOREPERSON

________________________________
ANDREW S. BOUTROS
UNITED STATES ATTORNEY